**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1402**

———————

CHANT'E N. HODGE; HAROLD HODGE,

Plaintiffs - Appellants,

versus

GIANT FOOD INCORPORATED; GIANT CALIFORNIA
MARYLAND STORE; DICK BAIRD; ROSE CALYG, of
California Store; GREG HILLIARD; MIKE
KUBISIAH,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
03-106)

———————

Submitted: August 6, 2003          Decided: November 20, 2003

———————

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Chant'e N. Hodge, Harold Hodge, Appellants Pro Se.  Connie Nora
Bertram, Patricia A. Exposito, VENABLE, BAETJER, HOWARD &
CIVILETTI, L.L.P., Washington, D.C., for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants, Chant'e N. Hodge and Harold Hodge, appeal the district court's order dismissing their civil action. Appellants failed to file a notice of appeal within the prescribed thirty-day period following final entry of the district court's order. See Fed. R. App. P. 4(a)(1)(A). Although the district court's order was entered on February 26, 2003, the Appellants did not file a notice of appeal until March 31, 2003, three days past the expiration of the appeal period. Moreover, the Appellants did not file for an extension of time of the appeal period under Federal Rule of Appellate Procedure 4(a)(5) or to reopen the appeal period under Federal Rule of Appellate Procedure 4(a)(6). Because timely filing of a notice of appeal is mandatory and jurisdictional, see Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1973), we lack jurisdiction to entertain the appeal. Accordingly, we dismiss the appeal on this ground. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2